UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    No. 3:19-CR-30003-007

CHRISTY LYNN REYNOLDS                                                 DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc.210) entered in this case and accepts Christy Lynn Reynolds's plea of guilty to Count 1 of the indictment.

IT IS SO ORDERED this 24th day of October, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE